UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ORLANDO SANCHEZ,

Plaintiff,

v.

DOUBLE J. COLLISION CORP., and
JUAN CHOPURIAN,

Defendants.
-----------------------------------------------------------------------X

Case No.:
**26-cv-00876 (SDE)**

**DEFENDANTS DOUBLE J COLLISION CORP.'S AND JUAN CHOPURIAN'S OFFER OF JUDGMENT TO PLAINTIFF ORLANDO SANCHEZ**

**TO:** Nicole D. Grunfeld, Esq.
Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017
ndgrunfeld@katzmelinger.com
Attorneys for Plaintiff

Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Defendants DOUBLE J COLLISION CORP. and JUAN CHOPURIAN (collectively, "Defendants"), hereby offer to allow judgment to be taken against them, jointly and severally, by Plaintiff ORLANDO SANCHEZ ("Plaintiff") in the above-captioned action in the total sum of Forty Thousand Dollars and Zero Cents ($40,000.00), inclusive of all attorneys' fees, costs, and expenses to the date of this Offer of Judgment, in full and final settlement of all of Plaintiff's claims against Defendants arising out of, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Judgment").

The entry of the Judgment pursuant to this Offer of Judgment shall fully and completely terminate this action with prejudice and shall have claim preclusive effects between Plaintiff and

Defendants. For avoidance of any doubt, the Judgment shall satisfy, settle, resolve, and eliminate any cause of action or claim that Plaintiff may have against Defendants under the Fair Labor Standards Act ("FLSA"), the New York Labor Law ("NYLL"), and 26 U.S.C. § 7434 to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants, or in connection with the facts and circumstances that are the subject of this action, whether or not such causes of action or claims are asserted, known, or suspected by Plaintiff.

This Offer of Judgment is made for the purposes specified in Rule 68, and neither this Offer of Judgment nor any judgment that may result from this Offer of Judgment shall be construed as an admission of liability on the part of Defendants of any allegations, assertions, or averments contained in any complaint, letter, or other paper submitted or filed by Plaintiff; of liability in any respect, including but not limited to Defendants' liability to Plaintiff of any damages Plaintiff may have suffered; or as an admission of the insufficiency of any defense, affirmative or otherwise, that Defendants asserted or could have asserted.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

In the event this Offer of Judgment is not entered pursuant to its terms, Defendants retain, reserve, and preserve any and all rights to contest liability and damages in any further proceedings. Any evidence of this Offer of Judgment shall be inadmissible except as provided in Rule 68 of the Federal Rules of Civil Procedure.

Dated: New York, New York
November 10, 2026

**KENNEDYS CMK LLP**

*Anthony Ranieri*

By: ________________________________
Anthony J. Ranieri, Esq.
Dean G. Aronin, Esq.
Jay A. Hamad, Esq.
22 Vanderbilt Avenue, 24th Floor
New York, New York 10017
anthony.ranieri@kennedyslaw.com
Attorneys for Defendants